UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. S1-4:08-CR-365 CAS |
| v. ) | |
| ) | |
| WILLIAM E. MCKANRY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Mary Ann L. Medler. On September 4, 2009, Judge Medler filed a Report and Recommendation of United States Magistrate Judge which recommended that defendant's Motion to Dismiss Count One of the Superseding Indictment, and Motion to Dismiss Counts Three, Five, Nine, Eleven, Thirteen, Fifteen, Seventeen and Twenty (Mail Fraud Counts) of the Superseding Indictment be denied.

No objections have been filed to the Magistrate Judge's Report and Recommendation and the time to do so has passed.

The Court has carefully and independently reviewed the record of this matter. The Court is in full agreement with the stated rationale of the Magistrate Judge's recommendations, and will adopt the same.

Accordingly, after careful review,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 92]

**IT IS FURTHER ORDERED** that defendant's Motion to Dismiss Count One of the Superseding Indictment is **DENIED**. [Doc. 86]

**IT IS FURTHER ORDERED** that defendant's Motion to Dismiss Counts Three, Five, Nine, Eleven, Thirteen, Fifteen, Seventeen and Twenty (Mail Fraud Counts) of the Superseding Indictment is **DENIED**. [Doc. 87]

 

 

_/s/ Charles A. Shaw_
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  21st  day of September, 2009.